IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00013-NONE-MJW

SEVEN ANDERSON,

Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's [Judgment Creditor] Motion for Judgment Debtor Examination (docket no. 3) is GRANTED finding good cause shown.

It is FURTHER ORDERED that a Debtor's Examination Hearing is set before Magistrate Judge Watanabe on **May 16, 2013, at 10:00 a.m.**, at 901 Nineteenth Street, Courtroom A-502, Denver, Colorado 80294. The Defendant [Judgment Debtor] shall have a representative present at this hearing who is knowledgeable as to the assets and liabilities of Defendant.  The representative for the Defendant [Judgment Debtor] shall produce the following documents at this hearing to the court.  Those documents are:

1.    Any and all documentation regarding Defendant's corporate structure, including but not limited to Defendant's articles of incorporation, any and all documents sent to the Secretary of State in Colorado to obtain a license or other authorization to conduct business in that state, and an organizational chart of Defendant's company including the names of all corporate officers and employees;

2.    Any and all checking and savings account statements held in the name of Lighthouse Recovery Associates, LLC, from 01/01/2011 to present, including but not limited to general accounts, corporate accounts, business accounts, trust accounts, and savings accounts;

3.    Any and all ledgers or accounting information relating in any way to Lighthouse Recovery Associates, LLC,, its subsidiaries, and any other company owned or controlled by Lighthouse Recovery Associates, LLC;

4.    Any and all documents evidencing federal and state taxes paid or filed from the

years 2010 to present on behalf of Lighthouse Recovery Associates, LLC;

5. Any and all W-2 statements from 2011 and 2010 for all employees and/or agents of Defendants.

6. Any and all statements, receipts, or any other documents of any petty cash, or similarly named funds, used in connection with Lighthouse Recovery Associates, LLC from the year 2010 to present;

7. Any and all certificates of ownership, including deeds, titles, certificates of stock, etc., evidencing any ownership of assets, real property, or other assets that are owned by Lighthouse Recovery Associates, LLC;

8. Copies of any quarterly, monthly or other statements for any stocks, mutual funds, or other equities owned by Lighthouse Recovery Associates, LLC;

9. Copies of all documents evidencing payments of dividends or profit shares to the shareholders, owners, and/or subsidiaries of Lighthouse Recovery Associates, LLC;

10. Any and all written documents related to all leases, entered into and/or contemplated, in connection with any real property owned by Lighthouse Recovery Associates, LLC;

11. Documents evidencing any transfer of real or personal property from any account owned by Lighthouse Recovery Associates, LLC into a trust; corporate or business operating account; or any other account wherein Lighthouse Recovery Associates, LLC is not the named account holder yet maintains access and/or control over the account;

12. Any and all documents relating to any vehicles owned operated, maintained, leased, or otherwise used by Lighthouse Recovery Associates, LLC for any purpose;

13. Copies of any and all lawsuits, of any kind or nature, wherein Lighthouse Recovery Associates, LLC (or any similar name, spelling, or shell corporation relating to Lighthouse Recovery Associates, LLC), is named as either a Defendant or Plaintiff, from the year 2011 to present;

14. Copies of any and all expense reports, including inventory ledgers, accounting expense sheets, book keeping records, receipts, credit card transcripts, or any other records, that indicate the currently monthly expenses and/or income/cash flow of Lighthouse Recovery Associates, LLC and any other business enterprise owned by Lighthouse Recovery Associates, LLC from the year 2011 to present; and

15. All minutes and/or notes taken by Defendant's representatives at its board/owners/shareholders' meetings, not including those taken by Defendant's

attorney's regarding pending or anticipated litigation.

Date: April 23, 2013