IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00013-NONE-MJW

SEVEN ANDERSON,

Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Unopposed Motion to Vacate and Continue Judgment Debtor Examination (Docket No. 5) is GRANTED. The Debtor Examination scheduled for May 16, 2013 at 10:00 a.m. is VACATED. The Debtor Examination is RESET for May 29, 2013 at 1:30 p.m.

Date: May 14, 2013